# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA D. DREESSEN, a minor, by** | : | **CIVIL ACTION** |
| **HEATHER M. DREESSEN A/K/A HEATHER** | : | |
| **M. WHITE, Guardian** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SMITHKLINE BEECHAM CORPORATION** | : | |
| **d/b/a GLAXOSMITHKLINE** | : | **NO. 11-5967** |

## ORDER

**AND NOW**, this 14th day of December, 2011, upon consideration of the Plaintiff's Motion to Remand (Document No. 4), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.

    /s/Timothy J. Savage  
TIMOTHY J. SAVAGE, J.